# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:06CR428-001 |
| | ) | |
| **Plaintiff,** | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **OBAY AL TAHER,** | ) | <u>ORDER</u> |
| | ) | |
| **Defendant.** | ) | |

On December 6, 2006, this Court sentenced the defendant, Obay Al Taher after the defendant had previously pled guilty to violating 21 U.S.C.§ 843(a)(7).

During sentencing, counsel for the government and defense held a sidebar conference regarding defendant receiving a two-point reduction under U.S.S.G. 5K1.1.

The Court finds that based upon the nature of the conversation and subject matter, the portion of the transcript recording the sidebar conference should be sealed, now;

Therefore, it is ORDERED that the record of the sidebar conference is SEALED until further order of the Court; however, the Court Reporter may file the

transcript and furnish copies upon request for the balance of the sentencing hearing.

       IT IS SO ORDERED.

                                                   <u>s/Christopher A. Boyko</u>
                                                   Christopher A. Boyko
                                                   United States District Judge

DATE: December 12, 2006